IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| STARN O'TOOLE MARCUS & FISHER and PETER STARN,<br><br>      Plaintiffs,<br><br>   vs.<br><br>THE UNITED STATES OF AMERICA,<br><br>      Defendant.<br>_____ | CIVIL NO. 06-00572 JMS-LEK |

**FURTHER ORDER RE IN CAMERA REVIEW OF DOCUMENTS**

For the reasons and based on the law set forth in this Court's Order Re in Camera Review of Documents filed on July 7, 2008, the Court hereby makes the following findings based upon its <u>in</u> <u>camera</u> review:

   I.   <u>Non-Privileged Documents To Be Produced</u>.

   SOMF/PS000009-11
   SOMF/PS000013-16
   SOMF/PS000077-79
   SOMF/PS000141
   SOMF/PS000143-45
   SOMF/PS000148
   SOMF/PS000151
   SOMF/PS000154-56
   SOMF/PS000164
   SOMF/PS000171
   SOMF/PS000173
   SOMF/PS000175
   SOMF/PS000177
   SOMF/PS000179
   SOMF/PS000181-93
   SOMF/PS000200-02
   SOMF/PS000204
   SOMF/PS000209
   SOMF/PS000219
   SOMF/PS000226-30
   SOMF/PS000234-36

```
SOMF/PS000255
SOMF/PS000257
SOMF/PS000260-61
SOMF/PS000263
SOMF/PS000265-66
SOMF/PS000269
SOMF/PS000291
SOMF/PS000300
SOMF/PS000337-38
SOMF/PS000352
SOMF/PS000360-61
SOMF/PS000364
SOMF/PS000370-73
SOMF/PS000379
SOMF/PS000381-82
SOMF/PS000384
SOMF/PS000387
SOMF/PS000389-90
SOMF/PS000392-93
SOMF/PS000399
SOMF/PS000407
SOMF/PS000412-13
SOMF/PS000419
SOMF/PS000427-32
SOMF/PS000435-36
SOMF/PS000451
SOMF/PS002370
SOMF/PS002436-44
SOMF/PS002449-51
SOMF/PS003844-45
SOMF/PS003849-63
SOMF/PS003866
SOMF/PS003868
SOMF/PS003870-71
SOMF/PS003912
SOMF/PS003914-15
SOMF/PS003924
SOMF/PS003939
SOMF/PS003941
SOMF/PS003945
SOMF/PS003947
SOMF/PS003966-70
SOMF/PS003972
SOMF/PS003981-84
SOMF/PS004012
SOMF/PS004129-31
SOMF/PS004136-38
SOMF/PS004141
SOMF/PS004156
SOMF/PS004158
```

```
SOMF/PS004165-72
SOMF/PS004174-75
SOMF/PS004182
SOMF/PS004197-98
SOMF/PS004200-02
SOMF/PS004210
SOMF/PS004243
SOMF/PS004258-86
SOMF/PS004371-78
SOMF/PS004386
SOMF/PS005456-64
SOMF/PS005585-86
SOMF/PS005588-89
SOMF/PS005592-93
SOMF/PS005623-26
SOMF/PS005642
SOMF/PS005648
SOMF/PS005631-36
SOMF/PS005627-30
SOMF/PS005637-41
SOMF/PS005643-47
SOMF/PS005649-91
SOMF/PS005694-96
SOMF/PS005703-14
SOMF/PS005717-28
SOMF/PS005730
SOMF/PS005734-41
SOMF/PS005692-93
SOMF/PS005697-702
SOMF/PS005715-16
SOMF/PS005729
SOMF/PS005731-33
SOMF/PS005742-63
SOMF/PS005829-48
SOMF/PS006484-86
SOMF/PS006534-35
SOMF/PS006539-40
SOMF/PS006543-44
SOMF/PS006551-52
SOMF/PS006554-55
SOMF/PS006558-59
SOMF/PS006570-72
SOMF/PS006588
SOMF/PS006590
SOMF/PS006592
SOMF/PS006610
SOMF/PS006613-20
```

II.   PRIVILEGED DOCUMENTS

```
SOMF/PS000205-08
SOMF/PS000221
SOMF/PS000270-71
SOMF/PS000292-99
SOMF/PS000301-2
SOMF/PS000438
SOMF/PS001010-12
SOMF/PS002445-48
SOMF/PS003846-48
SOMF/PS003864-65
SOMF/PS003867
SOMF/PS003869
SOMF/PS003872-76
SOMF/PS003880-83
SOMF/PS003885-92
SOMF/PS003899-911
SOMF/PS003927
SOMF/PS003943-44
SOMF/PS003958-59
SOMF/PS003962-64
SOMF/PS003973-75
SOMF/PS003977-79
SOMF/PS003986-98
SOMF/PS004128
SOMF/PS004133-35
SOMF/PS004140
SOMF/PS004142-48
SOMF/PS004176-81
SOMF/PS004183-84
SOMF/PS004187-96
SOMF/PS004244-50
SOMF/PS004252-56
SOMF/PS005582-84
SOMF/PS006157-61
SOMF/PS006487-533
SOMF/PS006536-38
SOMF/PS006541-42
SOMF/PS006545-50
SOMF/PS006553
SOMF/PS006556-57
SOMF/PS006560-67
SOMF/PS006575
SOMF/PS006596-609
SOMF/PS006611-12
SOMF/PS006621-77
```

The non-privileged documents shall be produced by

July 28, 2008, and the Clerk's Office is instructed to file under

seal the documents and privilege log submitted for the court's <u>in camera</u> review.

   IT IS SO ORDERED.

   DATED AT HONOLULU, HAWAII, July 11, 2008.



          /S/ Leslie E. Kobayashi

         Leslie E. Kobayashi
         United States Magistrate Judge

**STARN O'TOOLE MARCUS & FISHER, ET AL. V. USA; CV 06-00572 JMS-LEK; FURTHER ORDER RE IN CAMERA REVIEW OF DOCUMENTS**