IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| STARN O'TOOLE MARCUS & FISHER and PETER STARN,<br><br>            Petitioners,<br><br>   vs.<br><br>THE UNITED STATES OF AMERICA,<br>            Respondent.<br>_____ | CIVIL NO. 06-00572 JMS/LEK<br><br>ORDER ADOPTING MAY 10, 2007 FINDINGS AND RECOMMENDATIONS RE PETITION TO QUASH INTERNAL REVENUE SUMMONSES FILED OCTOBER 23, 2006 |

## ORDER ADOPTING MAY 10, 2007 FINDINGS AND RECOMMENDATIONS RE PETITION TO QUASH INTERNAL REVENUE SUMMONSES FILED OCTOBER 23, 2006

On May 10, 2007, Magistrate Judge Kobayashi entered her "Findings and Recommendations Re Petition to Quash Internal Revenue Summonses Filed October 23, 2006" (the "May 10, 2007 F&R"), which, among other things, recommended that the court deny the Petition to Quash.[1]  The court hereby

///

///

///

---

[1] The May 10, 2007 F&R also required Petitioners to produce non-privileged documents and requiring the parties to meet and confer.  The court views these requirements not as recommendations but as orders because they address non-dispositive issues and the parties took action on them.

ADOPTS  the May 10, 2007 F&R and DENIES the Petition to Quash.  Because no issues remain in this case, the court ORDERS the Clerk of Court to close this case.

IT IS SO ORDERED.

DATED:  Honolulu, Hawaii, April 8, 2009.



  /s/ J. Michael Seabright
J. Michael Seabright
United States District Judge

*Starn O'Toole Marcus & Fisher et al. v. United States*, Civ. No. 06-00572 JMS/LEK, Order Adopting May 10, 2007 Findings and Recommendations re Petition to Quash Internal Revenue Summonses Filed October 23, 2006